# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |  |
|---|---|---|
| GERMAINE GASPARD, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:20-cv-03657-M |
| TEXAS DEPARTMENT OF PUBLIC SAFETY, | § § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

The Court previously granted Defendant's Motion for Summary Judgment. In accordance with that Order, it is

**ORDERED, ADJUDGED, AND DECREED** that Plaintiff Germaine Gaspard take nothing on his claims against Defendant. All costs of court are taxed against Plaintiff.

**SO ORDERED**.

April 5, 2023.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE